# Twelfth Court of Appeals

Rafael Villegas #1951219
V.
State of Texas

Case No. 12-14-00269-CR
Trial Court Case No. 18,769

To the Chief Justice, honorable James T. Worthen. I am asking for a motion of Extension of Time or a Motion to relate from Prison, because I am Illiterate and only speak the Spanish language and as Pursuant to Constitutional Law Section 848-due Process- and Violations to my 14th Amendment Section 1 and the 5th Amendment says that I shouldn't be deprived of Life, liberty, or Property, without due Process of Law; Nor shall Private Property be taken for Public use, without Just compensation. Also the 8th Amendment: Excessive bail shall not be required, Nor excessive fines imposed, Nor cruel and unusual Punishments inflicted. I am asking the court Justice honorable James T. Worthen for a a extension of Time because the Mexican Consulado is going to help represent me and I'm Illiterate and Speak only spanish.

So I Pray that the Court doesn't apply Timely deadlines as Rule No. 15 says or No strict time limits ought to be insisted upon, where restraints resulting from Plaintiffs or defendants incarceration Prevent him from timly complying with courts deadlines 818 key - Abuse of Discretion F.R.C.P.

Date: 08-24-2015.
signature: Rafael VILLEgas #1951219

McConnell Unit
3001 S. Emily Drive
Beeville, Tx. 78102

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 27 2015
TYLER TEXAS
CATHY S. LUSK, CLERK



Please call
cecilia Garcia Peña
Consul de proteccion
y asuntos legales.

@ Tel. (210) 227-8458
Fax (210) 227-7518